WILLIAM G. BOWMAN, Appellant, v. MILTON BARTLEY, Appellee.

### APPEAL FROM GALLATIN.

A judgment in an action of debt should show how much is for debt and how much for damages, or it will be erroneous.

THIS was an action of debt, commenced in the Circuit Court of Gallatin county, by Bartley against Bowman. The writ and declaration claimed seventy-six dollars twenty-five cents debt, and fifty dollars damages.

The general issue, and two pleas of partial payment, were filed.

Cause submitted to the court, proofs heard, and judgment against the defendant for seventy-nine dollars and ninety-four cents, and costs.

The defendant appealed, and assigned for error that the court erred in not specifying how much of the judgment is for debt, and how much for damages.

OLNEY & BOWMAN, for Appellant.

M. BARTLEY, for Appellee.

BREESE, J.   The judgment in this case shows a larger amount of debt recovered than is claimed in the declaration, and is made up of the debt and the damages, without distinguishing what portion is debt, and what portion damages.

This court has frequently decided that such a judgment is erroneous. *Marsh* v. *Wright*, 14 Ill. R. 248 ; *Mager* v. *Hutchinson*, 2 Gilm. R. 266 ; *Wilmans* v. *Bank of Illinois*, 1 Gilm. R. 667.

In conformity with these decisions, the judgment must be reversed, and the cause remanded, as we have no data by which to ascertain what part is debt, and what part damages, so as to render a correct judgment here.

*Judgment reversed.*